

PROB 12B
(7/93)

**FILED**
DISTRICT COURT OF GUAM
DEC -5 2005
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: Roland Francis Mendiola        Case Number: CR 97-00087-001

Name of Sentencing Judicial Officer:   Honorable John S. Unpingco

Date of Original Sentence:   June 19, 1998

Original Offense:   Bank Robbery, in violation of 18 U.S.C. § 2113(a) and 2

Original Sentence:   Eighty-four months prison followed by three years of supervised release with conditions that the defendant participate in a substance abuse treatment and testing program, perform 50 hours of community service, and pay a $100 special assessment fee. **Conditions modified on January 20, 2004** to include conditions that he perform 100 hours of community service at the direction of the U.S. Probation Office and that he refrain from the use of alcohol. **Conditions modified on April 5, 2004** to include a condition that the defendant shall complete three months of home confinement, curfew with electronic monitoring program. **Conditions modified on October 24, 2005** to include a condition to drug test the defendant a maximum of 8 times per month, as directed by the probation officer.

Type of Supervision:   Supervised Release        Date Supervision Commenced:   June 9, 2003

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall serve two days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.



**ORIGINAL**

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                              page 2

## CAUSE

Roland Mendiola failed to report for urinalysis on September 9, and 18, 2005. After failing to report for required compliance meetings after each non-appearance, Mr. Mendiola was contacted by the probation officer on September 19, 2005. Mr. Mendiola cited transportation problems for missing urinalysis, but offered no excuse for failing to contact the probation officer to explain his non-appearance. He assured, however, that he would be able to resolve his transportation problems and declined a bus pass offered to him by the probation officer. Mr. Mendiola failed to report for urinalysis on September 30, 2005 and failed to explain his absence to the probation officer. He was contacted on October 3, 2005 and he cited a work schedule conflict as his excuse. In order to resolve continued schedule work conflicts, the probation officer instructed Mr. Mendiola to report earlier to the probation office for testing, thereby allowing him to maintain his work schedule. Mr. Mendiola failed to report for urinalysis on October 16, 21, and 30, 2005. At a compliance meeting on November 1, 2005, Mr. Mendiola again cited transportation problems and work schedule conflicts as his reasons for non-appearance. He offered no reason for failing to report his continuing non-appearance to the probation officer.

Except as outlined above, Mr. Mendiola has complied with all conditions of supervision. He paid the $100 special assessment fee on January 20, 2000 and completed the original 50 hour community service order on July 11, 2003. The 100 hour community service order modified on January 20, 2004 was completed on June 13, 2004. Mr. Mendiola completed the three-month home confinement curfew with electronic monitoring program on July 28, 2005. In addition, he obtained employment with Advance Management as a Floor Technician/maintenance person on September 10, 2005.

For his violations outlined above, Mr. Mendiola agreed to a modification of his conditions of supervised release to include an order that he serve a total of two days of intermittent confinement (see attached Prob 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision). Therefore, this Officer respectfully requests that the Court modify conditions of supervised release as outlined above, pursuant to Title 18 U.S.C. § 3583(e)(2), and § 3583(d)(3).

Reviewed by:                                                                     Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON                                   by: ROBERT I. CARREON
U.S. Probation Officer                                                           U.S. Probation Officer
Supervision Unit Leader

Date: 12/1/05                                                                    Date: 12/1/05

### THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
DEC - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

D. LOWELL JENSEN, Designated Judge
December 5, 2005
Date

PROB 49
(3/89)

# United States District Court

for

### District of Guam

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to the modification of my supervised release conditions to include the following conditions:

The defendant shall serve two days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.

Witness: _____  Signed: _____
Robert I. Carreon                          Roland F. Mendiola
U.S. Probation Officer                   Probationer or Supervised Releasee

_____
11-1-05
Date